IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLA DROBNAYA, et al.,

    Plaintiffs,          CIV. NO. S-10-1577 FCD GGH PS

    vs.

BANK OF AMERICA, et al.,

    Defendants.          ORDER

_____/

    Defendants' amended motion to dismiss presently is calendared for hearing on August 12, 2010. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 230(g).

    Accordingly, IT IS ORDERED that:

    1. The August 12, 2010 hearing on the amended motion to dismiss, filed July 8, 2010, is vacated; and

    2. The motion is submitted on the record.

DATED: August 2, 2010

    /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Drobnaya1577.vac.wpd

1